UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHANNESE GREENAWAY and KAREL POWERY individually and on behalf of all others similarly situated,

            Plaintiffs,

-against-

APPLE-METRO, INC., d/b/a APPLEBEES; ZANE TANKEL and ROY RAEBURN,

            Defendants.

---

Index No. 13 CV 2818(JS)(ARL)

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Craig R. Benson, dated July 12, 2013, and all prior pleadings and proceedings herein, Apple-Metro, Inc., Zane Tankel and Roy Raeburn (hereinafter collectively "Defendants"), will move this Court, before the Honorable Joanna Seybert, U.S.D.J., at the United States Courthouse, 100 Federal Plaza, Central Islip, New York for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(3), dismissing this case or in the alternative, for an Order staying this case, or for an Order, pursuant to Rules 42(a) of the Federal Rules of Civil Procedure, consolidating this case with the related case *Marin v. Apple-Metro, Inc., et al.*, Civil Action No. 12–CV–05274 (ENV)(CLP).

    **PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, must be served in accordance with Rule 6.1(b) of the Local Rules of the Southern and Eastern Districts of New York.

Date:   July 12, 2013
        New York, New York

                                        /s/ Craig R. Benson
                                        Craig R. Benson
                                        cbenson@littler.com
                                        George B. Pauta
                                        gpauta@littler.com
                                        Robert A. Cirino
                                        rcirino@littler.com
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        900 Third Avenue
                                        New York, NY  10022.3298
                                        212.583.9600

                                        Attorneys Defendants