UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHANNESE GREENAWAY and KAREL POWERY, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

APPLE-METRO, INC., d/b/a APPLEBEES, ZANE TANKEL and ROY RAEBURN,

                Defendants.

Index No. 13 CV 2818(ENV)(CLP)

## INITIAL CONFERENCE QUESTIONNAIRE

1. Date of completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: November 19, 2013

2. If additional interrogatories beyond the 25 permitted under the Federal Rules are needed, the maximum number of: plaintiff(s) Zero and defendant(s) Zero

3. Maximum number of requests for admission by: plaintiff(s) 25 and defendant(s) 25

4. Number of depositions by plaintiff(s) of: parties at least 3 for the named Defendants, however, more are expected non-parties unknown at this time

    Number of depositions by defendant(s) of: parties 1 deposition of each Plaintiff and each opt-in Plaintiff (if any) non-parties unknown at this time

5. Time limits for depositions: 7 hours

6. Date for completion of factual discovery: August 11, 2014

7. Number of expert witnesses of plaintiff(s): medical Zero non-medical unknown at this time

    Date for expert report(s): June 10, 2014

8. Number of expert witnesses of defendant(s): medical Zero non-medical unknown at this time

    Date for expert report(s): July 10, 2014

9. Date for completion of expert discovery: August 11, 2014

10. Time for amendment of the pleadings by plaintiff(s) <u>February 4, 2014</u> or by defendant(s) <u>February 4, 2014</u>

11. Number of proposed additional parties to be joined by plaintiff(s) <u>Unknown at this time</u> and by defendant(s) <u>Unknown at this time</u> and time for completion of joinder: <u>February 4, 2014</u>

12. Types of contemplated dispositive motions: plaintiff(s): <u>Summary Judgment</u>
    defendant(s): <u>Summary Judgment</u>

13. Dates for filing contemplated dispositive motions: plaintiff(s): <u>September 12, 2014</u>
    defendant(s): <u>September 12, 2014</u>

14. Does any parties object to having this case included in the Court's Electronic Case Filing program: No objection __X__ Objection by plaintiff _____ defendant _____

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (Answer no if any parties declines to consent without indicating which parties has declined.) Yes _____ No __X__

Dated this 21st day of November, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Dale J. Morgado<br>Dale J. Morgado<br>Feldman Morgado, P.A.<br>14 Wall Street<br>20th Floor, Suite 2040<br>New York, NY 10005<br>T: 212-991-8431<br>F: 212-991-8439<br>E: dmorgado@fmlawgroup.us<br><br>Attorney for Plaintiff | /s/ Craig R. Benson<br>Craig R. Benson<br>Littler Mendelson, P.C.<br>900 Third Avenue<br>New York, NY 10022<br>T: 212-583-9600<br>F: 718-732-2369<br>E: cbenson@littler.com<br><br>/s/ George B. Pauta<br>George B. Pauta<br>Littler Mendelson, P.C.<br>900 Third Avenue<br>New York, NY 10022<br>T: 212-583-9600<br>F: 212-832-2719<br>E: gpauta@littler.com<br><br>/s/ Robert A. Cirino<br>Robert A. Cirino<br>Littler Mendelson, P.C.<br>900 Third Avenue<br>New York, NY 10022<br>T: 212-583-9600<br>F:212-658-9664<br>E: rcirino@littler.com<br><br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send a notice and electronic filing to all parties, including counsel for the Defendants.

/s/ Dale J. Morgado
Dale J. Morgado, Esq
