UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHANNESE GREENAWAY and KAREL POWERY, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

APPLE-METRO, INC., d/b/a APPLEBEES, ZANE TANKEL and ROY RAEBURN,
        Defendants.

Index No. 13 CV 2818(ENV)(CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    WHEREAS, Plaintiffs Shannese Greenaway and Karel Powery endeavor to voluntarily withdraw their claims and dismiss this action with prejudice as against Defendants Apple-Metro, Inc., Zane Tankel and Roy Raeburn ("Defendants"), and Defendants consent to such withdrawal;

    WHEREAS, no party herein is an incompetent for whom a Committee has been appointed; and

    WHEREAS, there is no person not a party who has an interest in the subject matter of this action;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, that the above captioned action be dismissed with prejudice as against Defendants in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to either party.

16

By: /s/ Dale Morgado
Dale Morgado
(dmorgado@fmlawgroup.us)
Feldman Morgado
100 N. Biscayne Blvd.
Suite 2902
Miami, FL 33132
(305) 222-7850

Counsel for Plaintiffs

Dated: 2/28/14

By: /s/ George B. Pauta
Craig R. Benson
(cbenson@littler.com)
George B. Pauta
(gpauta@littler.com)
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022
(212) 583-9600
Counsel for Defendants

Dated: 3/4/14

SO ORDERED:

_____
Hon. Eric N. Vitaliano, U.S.D.J.